AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Matthew A. Shepard )
*Plaintiff* )
v. ) Civil Action No. 3:12-cv-149
Commissioner of Social Security )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff take nothing. The Commissioner's non-disability determination be affirmed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose _____ on a motion for Order for Report and Recommendations

Date: 06/17/2013

*CLERK OF COURT*

_____ s/Kelly French
*Signature of Clerk or Deputy Clerk*


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western    DIVISION

| | |
|---|---|
| Matthew A. Shepard | : |
| *Plaintiff* | : |
| | : |
| vs | : Case Number: 3:12-cv-149 |
| | : |
| Commissioner of Social Security | : |
| *Defendant* | : |

### NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES 79.2(a)&(b)

The above captioned matter has been terminated on _____06/17/2013_____.

If applicable to this case, the disposal date will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

By:  ___s/Kelly French___
     Deputy Clerk